IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DEVON LEO PORTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 322-074 |
| | ) |
| WARDEN JERMAINE WHITE; | ) |
| JACOB BEASLEY; VERONICA | ) |
| STEWART; RICKY WILCOX; DOCTOR | ) |
| DAVID CHENEY; TIMOTHY C. WARD; | ) |
| ROBERT TOOLE; and TONJA KEITH, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 16.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** for failure to state a claim upon which relief may be granted: (1) the claims for deliberate indifference to serious medical need against Defendants White, Beasley, Stewart, Cheney, and Keith; (2) the failure to protect and conditions of confinement claims against all Defendants; and (3) the retaliation claim against Defendant White. As these are the only claims raised against Defendants White, Beasley, Stewart, Cheney, Ward, Toole, and Keith, the Court **DISMISSES** these Defendants from the case. The case shall proceed

against Defendant Wilcox as described in the Magistrate Judge's October 5, 2022 Order. (Doc. no. 10.)

SO ORDERED this _23rd_ day of November, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE