IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DEVON LEO PORTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CV 322-074 |
| RICKEY WILCOX, | ) ) |
| Defendant. | ) ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion for summary judgment, (doc. no. 32), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendant, and **CLOSES** this civil action.

SO ORDERED this 20th day of November, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE